1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
    GREGORY F. HURLEY, Cal. Bar No. 126791
3   BRIAN S. ARBETTER, Cal. Bar No. 159816
    650 Town Center Drive, 4th Floor
4   Costa Mesa, California 92626-1993
    Telephone:  714.513.5100
5   Facsimile:   714.513.5130
    Email:        ghurley@sheppardmullin.com
6                 barbetter@sheppardmullin.com

7   Attorneys for Defendant,
    SMART AND FINAL HOLDINGS, INC.

8
    HENRY W. SMITH
9   1230 Market Street, #122
    San Francisco, CA  94102
10  Telephone:  415.702.5210

11  IN PRO PER

12                  UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15

16  HENRY W. SMITH,                    Case No. 3:14-cv-02981-WHO

17           Plaintiff,                **ORDER GRANTING
                                       STIPULATION TO DISMISS
18       v.                            ENTIRE ACTION PURSUANT TO
                                       F.R.C.P. 41(a)(1)(A)(ii)**
19  SMART AND FINAL HOLDINGS,
    INC.,
20                                     Action Filed:   May 29, 2014
             Defendant.               Trial Date:     None Set

21

22

23

24

25

26

27

28

1       **IT IS HEREBY ORDERED** that pursuant to the Parties' Stipulation,

2   this entire action is hereby dismissed with prejudice.

3   **IT IS SO ORDERED**.

4

5

6   Dated:  February 6, 2015    _____

7                               Honorable Judge William H. Orrick
                                United States District Judge
8                               Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28